IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICK THOMAS,

     Petitioner,                       No. CIV S-97-1937 GEB DAD P

     vs.

THE PEOPLE OF THE STATE OF CALIFORNIA,

     Respondent.                  <u>ORDER</u>

/

         On October 4, 2005, the court received petitioner's undated letter requesting the current status of "habeas corpus # C049560." Petitioner states that the case "has been under review for 10 months now." The case number appearing on petitioner's letter does not correspond to any action filed in this court and may relate to petition for writ of habeas corpus filed in some state court. Petitioner did file a federal habeas corpus action in this court which was assigned the case number appearing on this order but that action was dismissed without

/////
/////
/////
/////

1

1  prejudice on February 2, 1998, and judgment was entered accordingly.  Petitioner's letter, which
2  appears to concern a state habeas petition, will be disregarded.
3         IT IS SO ORDERED.
4  DATED: October 21, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:13
   thom1937.158

2